UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RODNEY JAMES | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:22-cv-00129 |
| v. | § | (Jury Trial Demanded) |
| | § | |
| DOLGENCORP OF TEXAS, INC. | § | |
| D/B/A DOLLAR GENERAL | § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Defendant DOLGENCORP OF TEXAS, INC. files this, its Notice of Removal of a state-court action, pursuant to 28 U.S.C. §§1441(a), 1446(a), and would respectfully show the Court the following:

## I. INTRODUCTION

1. Plaintiff Rodney James ("Plaintiff") filed his Original Petition to commence this civil action in the District Court of Brazoria County, Texas styled *Rodney James v. Dolgencorp of Texas, Inc.*, Cause No. 117230-CV, on March 29, 2022.

2. Defendant Dolgencorp of Texas, Inc. ("Defendant") was served with Plaintiff's Original Petition on March 31, 2022. Defendant Dolgencorp of Texas, Inc. timely files this notice of removal within the 30-day time period required by and pursuant to 28 U.S.C. §1446(b)(1).

## II. BASIS FOR REMOVAL

3. Removal is proper because there is complete diversity between the parties, as detailed hereinbelow, and the amount in controversy exceeds $75,000.00.

4. At the time the state-court action was commenced and as of the date of this notice, Defendant Dolgencorp of Texas, Inc. is and was a corporation organized, formed, and incorporated

in and under the laws of the State of Kentucky, having its principal offices in the State of Tennessee. The Plaintiff, Rodney James, is a citizen of the State of Texas.

5. Plaintiff has brought this suit against Defendant Dolgencorp claiming premises liability and negligence and seeking to recover for damages related to alleged injuries he sustained as a result of an alleged incident which purportedly occurred while he was shopping at one of Defendant Dolgencorp's stores. Plaintiff alleges that as a direct and proximate result of Defendant Dolgencorp's actions, he now seeks to recover damages relating to:

   a. Reasonable and necessary medical care and expenses in the past and future;

   b. Physical pain and suffering in the past and future;

   c. Mental anguish in the past and future;

   d. Physical impairment in the past and future;

   e. Loss of earnings in the past and future; and,

   f. Physical disfigurement in the past and future.

6. In Texas, all original pleadings that set forth a claim for relief must contain a specific statement of the relief the party seeks, pursuant to Texas Rules of Civil Procedure 47(c). In Plaintiff's Original Petition, Plaintiff asserts damages over $250,000 but not more than $1,000,000. It is therefore facially apparent from Plaintiff's initial pleadings that he is demanding monetary relief in an amount that exceeds the minimum jurisdictional amount of $75,000.00. 28 U.S.C. §§1332(a); 1446(c)(2).

7. There are no other defendants in this case that would require consent to removal. 28 U.S.C. §1446(b)(2)(A).

8. A copy of all process, pleadings, and orders served upon Defendant in the state-court action are attached hereto as "Exhibit A," as required by 28 U.S.C. §1446(a) and Local Rule 81.

9. Venue is proper in this district court because this district and division encompass the place in which the state-court action is pending.

### III. JURY DEMAND

10. Defendant has made a jury demand in the state-court action; therefore, Defendant is not required to renew its demand. Fed. R. Civ. P. 81(c)(3)(A).

### PRAYER

WHEREFORE, Defendant DOLGENCORP OF TEXAS, INC. respectfully requests that this action proceed in this District Court as an action properly removed to it, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**LUCERO | WOLLAM, P.L.L.C.**

_____
GINA A. LUCERO
State Bar No.: 00791144
**Attorney-In-Charge**
STEFAN A. GINNARD
State Bar No.: 24086440
1776 Yorktown, Suite 100
Houston, Texas 77056
Telephone: (713) 225-3400
Facsimile: (713) 225-3300
Email: glucero@lucerowollam.com
Email: sginnard@lucerowollam.com

**ATTORNEYS FOR DEFENDANT DOLGENCORP OF TEXAS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of April, 2022, the foregoing instrument was electronically filed the foregoing instrument with the Clerk of Court using the Court's CM/ECF system. Pursuant to Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3), and the Court's Electronic Filing Procedures, Section 15(c), the following counsel of record shall be served with a true and correct copy of this instrument by operation of the Court's CM/ECF system:

***Via Electronic Service:***
Jordan A. Glaze
Josh Garrett
Greg Geddie
Glaze | Garrett
P.O. Box 1599
Gilmer, Texas 75644

_____
GINA A. LUCERO