UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RODNEY JAMES | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22−cv−00129 |
| | § | (Jury Trial Demanded) |
| | § | |
| DOLGENCORP OF TEXAS, INC. | § | |
|   Defendant. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff RODNEY JAMES and Defendant DOLGENCORP OF TEXAS, INC. in the above-styled and numbered cause of action, and file this, their Agreed Motion for Dismissal with Prejudice and as grounds therefor would show unto the Court that the parties herein have entered into an accord and settlement in this cause and that the consideration for such settlement has agreed to be paid in full and that the parties have agreed that an Order for Dismissal should be entered as to the Defendant DOLGENCORP OF TEXAS, INC.

Respectfully submitted,

**LUCERO | WOLLAM, P.L.L.C.**

BY:   */s/ Stefan A. Ginnard*
       GINA A. LUCERO
       State Bar No.: 00791144
       Federal Bar No.: 19949
       **Attorney-In-Charge**
       STEFAN A. GINNARD
       State Bar No.: 24086440
       Federal Bar No.: 2895693
       1776 Yorktown, Suite 100
       Houston, Texas 77056
       Telephone: (713) 225-3400
       Facsimile: (713) 225-3300
       Email: glucero@lucerowollam.com
       Email: sginnard@lucerowollam.com

**COUNSEL FOR DEFENDANT**
**DOLGENCORP OF TEXAS, INC.**

-and-

Respectfully submitted,

**GLAZE | GARRETT**

BY:   /s/ Jordan Glaze *by permission
      JORDAN A. GLAZE
      State Bar No.: 24059826
      JOSH GARRETT
      State Bar No.: 24067616
      GREG GEDDIE
      State Bar No.: 24116419
      P.O. Box 1599
      Gilmer, Texas 75644
      Telephone: (903) 843-2323
      Facsimile: (888) 511-1225
      E-mail: j.glaze@glazegarrett.com
      E-mail: j.garrett@glazegarrett.com
      E-mail: g.geddie@glazegarrett.com

**COUNSEL FOR PLAINTIFF**
**RODNEY JAMES**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of November, 2023, the foregoing instrument was electronically filed the foregoing instrument with the Clerk of Court using the Court's CM/ECF system. Pursuant to Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3), the following counsel of record shall be served with a true and correct copy of this instrument by operation of the Court's CM/ECF system:

*Via Electronic Service:*
Jordan A. Glaze
Josh Garrett
Greg Geddie
Glaze | Garrett, PLLC
P.O. Box 1599
Gilmer, Texas 75644


/s/ Stefan A. Ginnard
STEFAN A. GINNARD